

EXHIBIT 6
PAGE 64