

EXHIBIT 7
PAGE 66