

EXHIBIT 8
PAGE 67