

EXHIBIT 9
PAGE 68